ACCEPTED
14-14-00718-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 1:40:31 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 14-14-00718-CR |
| Appellate Case Style: Style: | Henry Demond Dorsey |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/23/2015 1:40:31 PM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| **First Name:** Henry | ☒ Lead Attorney |
| **Middle Name:** Demond | **First Name:** Thomas |
| **Last Name:** Dorsey | **Middle Name:** Allan |
| **Suffix:** | **Last Name:** Martin |
| **Appellant Incarcerated?** ☒ Yes ☐ No | **Suffix:** |
| **Amount of Bond:** | ☒ Appointed ☐ District/County Attorney |
| **Pro Se:** ◯ | ☐ Retained ☐ Public Defender |
| | **Firm Name:** Law Offices of Thomas A. Martin |
| | **Address 1:** 1018 Preston |
| | **Address 2:** Suite 500 |
| | **City:** Houston |
| | **State:** Texas **Zip+4:** 77002-1824 |
| | **Telephone:** 713-222-0556 ext. |
| | **Fax:** 713-222-7022 |
| | **Email:** tmartin@justice.com |
| | **SBN:** 50511495 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State

Middle Name: of

Last Name: Texas

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

☐ Appointed   ☒ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin

Address 2: Suite 600

City: Houston

State: Texas          Zip+4: 77002

Telephone: 713-755-5800          ext.

Fax:

Email:

SBN:                    Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Homicide

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 26, 2014

Offense charged: Murder

Date of offense: December 9, 2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 26, 2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 55 years TDCJ - ID

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: August 26, 2014

Date of hearing: August 26, 2014   ☐ NA

Date of order: August 26, 2014   ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: August 26, 2014

## VIII. Trial Court And Record

Court: 182nd Judicial District Court

County: Harris

Trial Court Docket Number (Cause no): 1370868

Trial Court Judge (who tried or disposed of the case):

First Name: Jeannine

Middle Name:

Last Name: Barr

Suffix:

Address 1: 1201 Franklin

Address 2: 18th Floor

City: Houston

State: Texas          Zip + 4: 77002

Telephone: 713-755-6350          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested: August 27, 2014

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested: August 27, 2014

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Roxanne

Middle Name:

Last Name: Wiltshire

Suffix:

Address 1: 1201 Franklin

Address 2: 18th Floor

City: Houston

State: Texas          Zip + 4: 77002

Telephone: 713-755-6350          ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ⬚⬚⬚⬚⬚⬚⬚⬚⬚          Court: ⬚⬚⬚⬚⬚⬚⬚⬚⬚

Style: ⬚⬚⬚⬚⬚⬚⬚⬚⬚

      Vs.     State of Texas

## X. Signature

_Thomas A. Martin_
Signature of counsel (or Pro Se Party)

_THOMAS A. MARTIN_
Printed Name:

Electronic Signature: ⬚⬚⬚⬚⬚⬚⬚⬚⬚
   (Optional)

Date:   **03-23-15**

State Bar No: 50511495

Name:  Thomas A. Martin

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  **03-23-15** .

_Thomas A. Martin_
Signature of counsel (or pro se party)

Electronic Signature: ⬚⬚⬚⬚⬚⬚⬚⬚⬚
   (Optional)

State Bar No.:  50511495

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

         (1) the date and manner of service;
         (2) the name and address of each person served, and
         (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:

Manner Served: Regular Mail

First Name: State

Middle Name: of

Last Name: Texas

Suffix:

Law Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin

Address 2: 6th Floor

City: Houston

State Texas          Zip+4: 77002

Telephone: 713-755-5800          ext.

Fax:

Email:

Please enter the following for each person served:

Date Served:

Manner Served: Regular Mail

First Name: Henry

Middle Name: Demond

Last Name: Dorsey

Suffix:

Law Firm Name: TDCJ - ID # 01950821

Address 1: Connally Unit

Address 2: 899 FM 632

City: Kenedy

State Texas          Zip+4: 78119

Telephone: 830-583-4003          ext.

Fax:

Email:



CASE NO.137086801010
INCIDENT NO./TRN: 9168557418A001



| THE STATE OF TEXAS | § | IN THE 182ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| DORSEY, HENRY DEMOND | § | HARRISCOUNTY, TEXAS |
| | § | |
| STATE ID NO.:TX08041731 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. JEANNINE BARR | Date Judgment Entered: | 08/22/2014 |
|---|---|---|---|
| Attorney for State: | ALLISON BUESS | Attorney for Defendant: | GREENLEE, STEVEN |

Offense for which Defendant Convicted:
**MURDER**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **N/A** |

Date of Offense:
**12/09/2012**

| Degree of Offense: | Plea to Offense: |
|---|---|
| **1ST DEGREE FELONY** | **NOT GUILTY** |
| Verdict of Jury: | Findings on Deadly Weapon: |
| **GUILTY** | **YES, A FIREARM** |

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |
| Punished Assessed by: | Date Sentence Imposed: | | Date Sentence to Commence: |
| **JURY** | 08/22/2014 | | 08/22/2014 |

Punishment and Place of Confinement: **55 YEARS INSTITUTIONAL DIVISION, TDCJ**

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR**N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | $234.00 | $ N/A | ☐VICTIM (see below) ☐AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From: | 02/26/2013 | to | 03/02/2013 | From: | 04/25/2014 | to | 08/22/2014 |
|---|---|---|---|---|---|---|---|---|
| | From: | 06/04/2013 | to | 06/25/2013 | From: | | to | |
| | From: | 12/16/2013 | to | 01/26/2014 | From | | to | |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/ADAYS** NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **HarrisCounty, Texas**. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and **ORDERED** it entered upon the minutes of the Court.

479

### Punishment Assessed by Jury / Court / No election (select one)

☒**Jury**. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐**Court**. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐**No Election**. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒**Confinement in State Jail or Institutional Division**. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the **Harris County District Clerk's office**. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐**County Jail—Confinement / Confinement in Lieu of Payment**. The Court ORDERS Defendant immediately committed to the custody of the **Sheriff of Harris County, Texas** on the date the sentence is to commence. Defendant shall be confined in the HarrisCounty Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the **Harris County District Clerk's office**. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐**Fine Only Payment**. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the **Office of the Harris CountyDistrict Clerk**. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

Furthermore, the following special findings or orders apply: The court finds Defendant used or exhibited a deadly weapon, namely, a firearm, during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited.

Signed and entered on 08/27/2014 26

X _____

**JEANNINE BARR**
JUDGE PRESIDING

Notice of Appeal Filed: 8/26/14

Mandate Received: Type of Mandate:

After Mandate Received, Sentence to Begin Date is:

Jail Credit:

Def. Received on at ☐AM ☐PM

By: , Deputy Sheriff of Harris County

Clerk: **A WALKER**
Case Number: 137086801010
Defendant: DORSEY, HENRY DEMOND
EN/KR04: 999  LCBT: _____ LCBU: _____ EN/KR18: 999

Right Thumbprint

480

 

Cause No. 1370868

THE STATE OF TEXAS

v.

Henry Dorsey , Defendant

IN THE 180th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒   is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐   is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐   is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐   is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐   the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

AUG 26 2014

Time:_____

Harris County, Texas

By_____

Deputy

_____
Judge

8-26-14
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: _____

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

Cause No. 1370868

THE STATE OF TEXAS

Henry Dorsey V. , A/K/A/ _____

188th District Court / County Criminal Court at Law No. _____

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On 8/25/14 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

[X] MOVES to withdraw.

[ ] ADVISES the court that he will CONTINUE to represent the defendant on appeal.

8/25/14
_____
Date

_____
Attorney (Signature)

Steven Greenlee
Attorney (Printed name)

08402800
State Bar Number

2209 Hillend 5560 77057
Address

832/443-6094
Telephone Number

**FILED**
Chris Daniel
District Clerk

AUG 26 2014

Time:_____
Harris County, Texas
Deputy

_____
Defendant (Printed name)

The defendant (check all that apply):

[X] REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

[X] ASKS the Court to ORDER that a free record be provided to him.

[ ] ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
Defendant (Signature)

Henry Dorsey
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON August 26, 2014

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __8·26·14__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ is indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☐ __Tom Martin__ (attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set.

    ☒ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: __8·26·14__

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS ·

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1370868        OFFENSE: Murder

THE STATE OF TEXAS      182nd 182nd DISTRICT COURT

VS.        OF

Henry Dorsey        HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Henry Dorsey , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

[X] Appoint appellate counsel to represent him.

[X] Asks the court to order that a free record be provided to him.

X Henry Dorsey
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 26 day of August A.D., 20 14 .

DEPUTY DISTRICT CLERK
182nd DISTRICT COURT
HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk

AUG 26 2014

Time:_____
Harris County, Texas

By 8-26 /Deputy/

## ORDER

On 8-26-14 the court conducted a hearing and found that the defendant is indigent.

[X] The court orders that Thomas A. Martin is appointed to represent defendant/appellant on appeal.

[X] The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____ , by certified mail return receipt requested.

JUDGE PRESIDING
_____ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Thomas A. Martin , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

01638569

Thomas A. Martin
ATTORNEY (SIGNATURE)

585174995
BAR/SPN NUMBER

1018 Preston #500
ADDRESS

Houston TX 77002
CITY   STATE   ZIP

713-222-0556
PHONE

713-222-7022
FAX NUMBER

tmartin@jnstice.com
EMAIL ADDRESS

8.26.14

SWORN TO AND SUBSCRIBED BEFORE ME ON 8.26.14

DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

485